**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: William J. Harris | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | No. 17-10315-amc |

## CERTIFICATION OF NO OBJECTION

The undersigned counsel for the debtor hereby certifies that more than 20 days have elapsed from the date of service of the Notice of filing of an Application for Allowance of Counsel Fees and that no creditor or any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing. Counsel requests entry of an Order granting the said Application.

**WATERMAN & MAYER, LLP.**

**BY:** /s/Scott F. Waterman
**Scott F. Waterman, Esquire**
110 W. Front Street
Media, PA 19063
(610)566-6177
(610)892-6991 (fax)

Date: April 24, 2017