# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William J. Harris Jr.<br>     Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, its successors and/or assigns<br>     Movant<br>  vs.<br><br>William J. Harris Jr.<br>     Debtor(s)<br><br>William C. Miller Esq.<br>     Trustee | CHAPTER 13<br><br><br><br>NO. 17-10315 AMC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion for Relief from Stay re: 12 Holbrook Road Havertown, PA 19083 of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, which was filed with the Court on or about **August 8, 2017**.

                Respectfully submitted,

                **/s/ Rebecca A. Solarz, Esquire**
                Rebecca A. Solarz, Esquire
                Matteo S. Weiner, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322

August 8, 2017