**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WILLIAM J HARRIS, JR.                     Chapter 13

Debtor            Bankruptcy No. 17-10315-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __28th__ day of __November__, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
SCOTT F. WATERMAN ESQ
110 W FRONT ST

MEDIA, PA 19163-

Debtor:
WILLIAM J HARRIS, JR.

534 East Hinkley Avenue

Ridley Park, PA 19078