United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 17-10315-amc
William J Harris, Jr.,                                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: PaulP              Page 1 of 2              Date Rcvd: Nov 28, 2017
                               Form ID: pdf900          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
```
db         +William J Harris, Jr.,   534 East Hinkley Avenue,   Ridley Park, PA 19078-2613
13872140   +Borough of Ridley Park,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
            Norristown, PA 19404-3020
13873040   +Borough of Ridley Park,   c/o James R. Wood, Esq.,   Portnoff Law Assocs. Ltd.,
            2700 Horizon Dr., Ste. 100,   King of Prussia, PA 19406-2726
13851452   +Fed Loan Servicing,   Po Box 69184,   Harrisburg, PA 17106-9184
13851453   +Federal National Mortgage Assoc.,   3900 Wisconsin Avenue, NW,   Washington, DC 20016-2806
13851454   +McCabe, Weisberg & Conway, P.C.,   123 South Broad Street,   Ste. 2080,
            Philadelphia, PA 19109-1031
13851456    Pennsylvania Department of Revenue,   Bureau of Individual Taxes,   Payment Division,
            Harrisburg, PA 17101
13851457   +Premium Auto,   Pob 59,   Prospect Park, PA 19076-0059
13851458   +Ridley Park Borough,   Billing Office,   105 East Ward Street,   Ridley Park, PA 19078-3010
13851459   +Rushmore Loan Mgmt Services,   15480 Laguna Canyon Rd S,   Irvine, CA 92618-2132
13851460   +Scott F. Waterman, Esquire,   110 W. Front Street,   Media, PA 19063-3208
13851461   +U S Dept of Ed/ECSI,   Po Box 1030,   Coraopolis, PA 15108-6030
13917400    U. S. Department of Eudcation,   c/o FedLoan Servicing,   P. O. Box 69184,
            Harrisburg, PA  17106-9184
13938092    US Department of Education,   P O Box 16448,   St Paul, MN 55116-0448
13890044   +Wilmington Savings Fund Society, FSB.,   Matteo S. Weiner, Esquire,   KML Law Group, P.C.,
            701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13935125   +Wilmington Savings Fund Society, FSB, d/b/a Christ,   C/O Rushmore Loan Management Services,
            P.O. Box 55004,   Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Nov 29 2017 01:38:47   City of Philadelphia,
            City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
            Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 29 2017 01:38:42   U.S. Attorney Office,
            c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13851455   +E-mail/PDF: pa_dc_claims@navient.com Nov 29 2017 01:41:01   Navient,   Attn: Bankruptcy,
            Po Box 9500,   Wilkes-Barr, PA 18773-9500
13870863    E-mail/PDF: pa_dc_litigation@navient.com Nov 29 2017 01:40:55
            Navient Solutions, Inc. on behalf of,   United Student Aid Funds, Inc.,
            Attn: Bankruptcy Litigation Unit E3149,   PO Box 9430,   Wilkes Barre, PA 18773-9430
13889159    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 29 2017 01:38:29
            Pennsylvania Department of Revenue,   Bankruptcy Division  PO Box 280946,
            Harrisburg PA  17128-0946
13851462   +E-mail/Text: Bankruptcy@wsfsbank.com Nov 29 2017 01:38:58   Wilmington Savings Fund Society,
            500 Delaware Avenue,   12th Floor,   Wilmington, DE 19801-7405
                                                                                       TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*        Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
            Harrisburg, PA  17128-0946
cr*        +Borough of Ridley Park,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
            Norristown, PA 19404-3020
                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 30, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-2              User: PaulP                Page 2 of 2              Date Rcvd: Nov 28, 2017
                                 Form ID: pdf900            Total Noticed: 22

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
          JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Ridley Park jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN    on behalf of Debtor William J Harris, Jr. scottfwaterman@gmail.com,
           scottfwaterman@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WILLIAM J HARRIS, JR.                              Chapter 13


                              Debtor            Bankruptcy No. 17-10315-AMC


**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

      **AND NOW**, this __28th__ day of __November__, 201_7_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      **ORDERED**, that any wage orders are hereby vacated.


_____
                              Ashely M. Chan
                              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
SCOTT F. WATERMAN ESQ
110 W FRONT ST

MEDIA, PA 19163-


Debtor:
WILLIAM J HARRIS, JR.

534 East Hinkley Avenue

Ridley Park, PA 19078